# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 118 WAL 2018

    Respondent :

    : Petition for Allowance of Appeal from
    : the Order of the Superior Court

    v. :

ANTHONY MICHAEL ROSE, :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 119 WAL 2018

    Respondent :

    : Petition for Allowance of Appeal from
    : the Order of the Superior Court

    v. :

ANTHONY MICHAEL ROSE, :

    Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.